UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE BELL,<br><br>                      Plaintiff,<br><br>    v.<br><br>NATIONAL CREDIT SYSTEMS, INC.; ASSURANT, INC. (a/k/a SURE DEPOSIT); EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>                      Defendants. | CASE NO. 2:19-cv-01727-RAJ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES** |

Based on the stipulated motion of Plaintiff Donte Bell and Defendant National Credit Systems, Inc. ("NCS") (Dkt. 36), it is hereby **ORDERED** that the deadline for Plaintiff to file a motion to strike NCS's Affirmative Defenses, is extended to January 10, 2020.

DATED this 3rd day of January, 2020.

/s/ BAT
_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME TO FILE MOTION TO
STRIKE AFFIRMATIVE DEFENSES - 1