UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE BELL,<br><br>                   Plaintiff,<br><br>   v.<br><br>NATIONAL CREDIT SYSTEMS, INC.; ASSURANT, INC. (a/k/a SURE DEPOSIT); EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>                   Defendants. | CASE NO. 2:19-cv-01727-RAJ-BAT<br><br>**ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND TIME TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES** |

Based on the stipulated motion of Plaintiff Donte Bell and Defendant National Credit Systems, Inc. ("NCS") (Dkt. 41), it is hereby **ORDERED** that the deadline for Plaintiff to file a motion to strike NCS's Affirmative Defenses, is extended to January 17, 2020.

DATED this 10th day of January, 2020.

                                                                                  BRIAN A. TSUCHIDA
                                                                                  Chief United States Magistrate Judge