UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE BELL,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL CREDIT SYSTEMS, INC.; ASSURANT, INC. (a/k/a SURE DEPOSIT); EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>　　　　　　　　Defendants. | CASE NO. 2:19-cv-01727-RAJ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES** |

Based on the stipulated motion of Plaintiff Donte Bell and Defendant Experian Information Solutions, Inc. ("Experian") (Dkt. 43), it is hereby **ORDERED** that the deadline for Plaintiff to file a motion to strike Experian's Affirmative Defenses is extended to January 28, 2020.

DATED this 16th day of January, 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME TO FILE MOTION TO
STRIKE AFFIRMATIVE DEFENSES - 1