UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE BELL,<br><br>                Plaintiff,<br><br>   v.<br><br>NATIONAL CREDIT SYSTEMS, INC.; ASSURANT, INC. (a/k/a SURE DEPOSIT); EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>                Defendants. | CASE NO. 2:19-cv-01727-RAJ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE AMENDED ANSWER** |

Based on the stipulated motion of Defendant National Credit Systems, Inc. ("NCS") and Plaintiff Donte Bell (Dkt. 45), it is hereby **ORDERED** that NCS is granted leave to file its Amended Answer to the Amended Complaint.

DATED this 22nd day of January, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME TO FILE AMENDED
ANSWER - 1