UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE BELL,<br><br>                  Plaintiff,<br><br>   v.<br><br>NATIONAL CREDIT SYSTEMS, INC.; ASSURANT, INC. (a/k/a SURE DEPOSIT); EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>                  Defendants. | CASE NO. 2:19-cv-01727-RAJ-BAT<br><br>**ORDER GRANTING MOTION TO DISMISS ASSURANT, INC. (a/k/a SURE DEPOSIT) WITH PREJUDICE** |

Upon review of Plaintiff's Motion to Dismiss Defendant Assurant Inc. (a/k/a Sure Deposit) ("Assurant") with prejudice (Dkt. 39), and good cause appearing, **IT IS ORDERED** that the motion (Dkt. 39) is **GRANTED**. This case is dismissed with prejudice as to Defendant Assurant, with the parties to bear their own costs and attorneys' fees. The Clerk shall terminate only Defendant Assurant as a party in this action.

DATED this 22nd day of January, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO DISMISS
ASSURANT, INC. (A/K/A SURE DEPOSIT)
WITH PREJUDICE - 1