UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE BELL,<br><br>                Plaintiff,<br><br>   v.<br><br>NATIONAL CREDIT SYSTEMS, INC.; ASSURANT, INC. (A/K/A SURE DEPOSIT); EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC.,<br><br>                Defendants. | CASE NO. 2:19-cv-01727 RAJ-BAT<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

Plaintiff Donte Bell moves for leave to amend his complaint (Dkt. 7) to add new counts against Defendants National Credit Systems, Inc. Dkt. 54 and Exhibit A (redlined version of proposed First Amended Complaint).

Defendants TransUnion LLC and National Credit Systems, Inc. are not opposed to the proposed amendment. Dkts. 56 and 57. Defendant Experian Information Solutions, Inc. has entered into a settlement with Plaintiff and therefore, did not file a response. Defendant Equifax Information Services LLC did not file a response to the motion.

At this stage in the proceeding, Fed. R. Civ. P. 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COMPLAINT - 1

freely give leave when justice so requires." Plaintiff's motion is timely. The deadline for the amendment of pleadings for March 23, 2020. Dkt. 52 (Scheduling Order). Additionally, Defendant National Credit Systems, Inc., against whom the additional counts will be asserted, does not oppose the filing of the proposed amended complaint.

Accordingly, it is **ORDERED**:

1) Plaintiff's motion to amend (Dkt. 54) is **GRANTED**.

2) Plaintiff shall file a final version of his proposed First Amended Complaint within **ten (10) days** of this Order.

3) The Clerk shall send copies of this Order to all counsel of record.

DATED this 13th day of March, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COMPLAINT - 2