UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONTE BELL,

                Plaintiff,

   v.

NATIONAL CREDIT SYSTEMS, INC., et al.,

                Defendants.

CASE NO. 2:19-cv-01727-RAJ-BAT

**ORDER**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The affirmative defense of "laches" is **stricken** pursuant to Defendant Trans Union's representation (*see* Dkt. 35 at 4, n.2); Plaintiff's motion to strike (Dkt. 30) is **granted in part and denied in part as follows**: the motion to strike the Ninth affirmative defense is **denied**; Plaintiff's motions to strike the Fourth, Sixth, Seventh, and Eighth affirmative defenses are **granted**; however, Defendant Trans Union is **granted leave to amend** to provide further factual

ORDER - 1

allegations as to the applications of these defenses. Any amended answer should be filed within 30 days of this Order.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 25th day of March, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER - 2