# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Donte Bell,<br><br>      Plaintiff,<br>vs.<br><br>National Credit Systems, Inc.; Assurant, Inc. (a/k/a Sure Deposit); Equifax Information Services, LLC; Experian Information Solutions, Inc.; and Trans Union, LLC,<br><br>      Defendants. | Case No.: 2:19-cv-001727-RAJ-BAT<br><br>~~PROPOSED~~ ORDER GRANTING MOTION TO DISMISS EQUIFAX INFORMATION SERVICES, LLC ONLY WITH PREJUDICE |

Upon review of Plaintiff's Motion to Dismiss Defendant Equifax Information Services, LLC ("Equifax") with prejudice (Dkt. 64), and good cause appearing

IT IS ORDERED that the Motion is GRANTED. The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax, with the parties to bear their own costs and attorneys' fees. The Clerk shall terminate only Defendant Equifax as a party in this action.

DATED this 8th day of April, 2020.

_____
The Honorable Richard A. Jones
United States District Judge