UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE BELL,<br><br>                 Plaintiff,<br><br>   v.<br><br>NATIONAL CREDIT SERVICES INC., et al.,<br><br>                Defendants. | CASE NO. 2:19-cv-01727 RAJ-BAT<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

Plaintiff Donte Bell and Defendants National Credit Systems, Inc. and TransUnion LLC, have stipulated to and petitioned the Court for entry of a Protective Order. Dkt. 70. Having reviewed the parties' stipulation, it is hereby **ORDERED** that the terms of the Stipulated Protective Order (set forth at Dkt. 70) shall govern the parties' production of confidential, proprietary, or private information. **IT IS FURTHER ORDERED** that pursuant to Fed. R. Evid. 502(d), the production of any documents in this proceeding shall not, for purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.

DATED this 24th day of April, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED
PROTECTIVE ORDER - 1