UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Donte Bell, <br><br>            Plaintiff, <br>      vs. <br><br> National Credit Systems, Inc.; Assurant, Inc. (a/k/a Sure Deposit); Equifax Information Services, LLC; Experian Information Solutions, Inc.; and Trans Union, LLC, <br><br>            Defendants. | Case No.: 2:19-cv-001727-RAJ-BAT <br><br> ORDER GRANTING MOTION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC. ONLY WITH PREJUDICE |

Upon review of Plaintiff's Motion to Dismiss Defendant Experian Information Solutions, Inc. ("Experian") with prejudice (Dkt. 74), and good cause appearing

IT IS **ORDERED** that the Motion (Dkt. 74) is **GRANTED**. The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian, with the parties to bear their own costs and attorneys' fees. The Clerk shall terminate only Defendant Experian as a party in this action.

DATED this 10th day of June, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge