UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE BELL,<br><br>                        Plaintiff,<br><br>    v.<br><br>NATIONAL CREDIT SYSTEMS, INC.; ASSURANT, INC. (A/K/A SURE DEPOSIT); EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC.,<br><br>                        Defendants. | CASE NO. 2:19-cv-01727 RAJ-BAT<br><br>**ORDER GRANTING EXTENSION OF DISPOSITIVE MOTIONS DEADLINE** |

Based on the Stipulated Motion of Plaintiff Donte Bell and Defendant National Credit Systems, Inc. ("NCS") (Dkt. 80), it is hereby **ORDERED** that the deadline for dispositive motions is extended to **November 6, 2020**. It is further **ORDERED** that the deadline for mediation per CR 39.1(c)(3) is extended to **October 30, 2020**.

DATED this 28th day of July, 2020.

                                                                         BRIAN A. TSUCHIDA
                                                                          Chief United States Magistrate Judge