UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE BELL,<br><br>                Plaintiff,<br><br>  v.<br><br>NATIONAL CREDIT SYSTEMS, INC.,<br><br>                Defendant. | CASE NO. 2:19-cv-01727 RAJ-BAT<br><br>**ORDER GRANTING EXTENSION OF DISPOSITIVE MOTIONS DEADLINE AND DENYING AS MOOT MOTION FOR EXTENSION TO FILE AFFIDAVIT** |

Based on the unopposed motions for extension of time filed by Defendant National Credit Systems, Inc. ("NCS") (Dkt. 90, 92), it is hereby **ORDERED** that the deadline for dispositive motions is extended to **November 30, 2020**.

Plaintiff's motion for an extension of time to file an affidavit in support of attorney's fees and costs (Dkt. 88) is **denied as moot**. Until the District Court resolves the pending Report and Recommendation regarding Defendant's motion for sanctions (Dkt. 87), there is no deadline for the filing of the affidavit. *See* Dkt. 87 and proposed Order (Dkt. 87-1).

DATED this 7th day of December, 2020.

                                              BRIAN A. TSUCHIDA
                                              Chief United States Magistrate Judge