UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONTE BELL,

        Plaintiff,

  v.

NATIONAL CREDIT SERVICES INC.,

        Defendants.

CASE NO. 2:19-cv-01727 RAJ-BAT

~~PROPOSED~~ **ORDER**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

(1)     The Court **ADOPTS** the Report and Recommendation.

(2)     Defendant National Credit Systems, Inc.'s ("NCS") Motion for Summary Judgment (Dkt. 94) is **GRANTED**.

(3)     Plaintiff Donte Bell's claims against NCS are **dismissed with prejudice**.

(4)     The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 25th day of February, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

~~PROPOSED~~ ORDER - 1