UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONTE BELL,

               Plaintiff,

  v.

NATIONAL CREDIT SERVICES INC.,

               Defendants.

CASE NO. 2:19-cv-01727 RAJ-BAT

~~PROPOSED~~ ORDER

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

    (1)    The Court **ADOPTS** the Report and Recommendation.

    (2)    Defendant National Credit Systems, Inc.'s ("NCS") Motion for Rule 11 Sanctions (Dkt. 82) is **DENIED**.

    (3)    Plaintiff's attorney may file an affidavit setting out attorney's fees and costs incurred in defending NCS's motion for sanctions within ten (10) days of this Order.

~~PROPOSED~~ ORDER - 1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 11th day of March, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

**~~PROPOSED~~ ORDER** - 2